UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:15-cv-2474 GEB CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| G. JORDAN, et al., | |
| Defendants. | |

Plaintiff, a civil detainee, commenced this action in November 2015. He has neither paid the filing fee nor filed an application to proceed in forma pauperis. On January 14, 2016, plaintiff was granted an additional thirty days to file an in forma pauperis application. The thirty day period has now expired, and plaintiff has not filed an in forma pauperis application or responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 24, 2016

                                             _/s/ Carolyn K. Delaney_
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

2 / hall2474.fifp