UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:15-cv-2474 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. JORDAN, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed a motion asking that the court reconsider its March 24, 2016 order dismissing this case for failing to pay the filing fee or to file an in forma pauperis application. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263. Courts construing Federal Rule of Civil Procedure 59(e) have noted that a motion to reconsider is not a vehicle permitting the unsuccessful party to "rehash" arguments previously presented, or to present "contentions which might have been raised prior to the challenged judgment." Costello v. United States, 765 F. Supp. 1003, 1009 (C.D. Cal. 1991); see also F.D.I.C. v. Meyer, 781 F.2d 1260, 1268 (7th Cir. 1986); Keyes v. National R.R. Passenger Corp.,

766 F. Supp. 277, 280 (E.D. Pa. 1991). These holdings "reflect [ ] district courts' concerns for preserving dwindling resources and promoting judicial efficiency." Costello, 765 F.Supp. at 1009.

Plaintiff fails to present newly discovered evidence suggesting this matter should not have been dismissed. The court was aware of plaintiff's pro se status at the time he filed his civil rights complaint. Furthermore, the dismissal was without prejudice to filing a new civil rights lawsuit. The court finds that, after a de novo review of this case, no clear error was committed in dismissing plaintiff's complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration is denied.

Dated: December 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2