UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:15-cv-2474 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. JORDAN, et al., | |
| Defendants. | |

On April 3, 2018, plaintiff filed a request to reassign this case and on April 10, 2018, he filed a request for temporary restraining order. This civil rights action was closed on March 21, 2016. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: April 13, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hall2474.58

1